FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0381

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CHRISTOPHER LAPOINTE,

      Defendant and Appellant.

## ORDER

Upon consideration of the State's motion for a 14-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 29, 2025, within which to prepare, serve, and file its response brief.

**CLG**

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 13 2025